# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES— GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04333-JWH-MAR | Date | August 3, 2026 |
| Title | *Delia Rivera-Cobian v. Markwayne Mullin* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Priscilla Deason for Clarissa Lara | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: ORDER DENYING PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER [ECF No. 3]**

Before the Court is the Motion of Petitioner Delia Rivera-Cobian for a Temporary Restraining Order (a "TRO").[1] Through her Motion, Rivera-Cobian requests that the Court issue an order immediately releasing her and enjoining Respondents from re-detaining her.[2] The Court determines that this matter is appropriate for resolution without a hearing. *See* Fed. R. Civ. P. 78; L.R. 7-15. After considering the papers filed in support and in response,[3] the Court **DENIES** Rivera-Cobian's Motion, for the reasons set forth below.

In view of the high volume of petitions for writs of habeas corpus filed by those in immigration detention, and to facilitate their expedited resolution, the Court has issued General Order No. 26-05.[4] Pursuant to that General Order, the

1 Pl.-Pet.'s Mot. for a TRO (the "Motion") [ECF No. 3].

2 *Id.* at 26:21-27:3.

3 The Court considered the documents of record in this action, including the following papers: (1) Motion; and (2) Pl.-Pet.'s Pet. (the "Petition") [ECF No. 1].

4 Not. of General Order 26-05 and Briefing Schedule (the "General Order") [ECF No. 12].

Court set a briefing schedule for Rivera-Cobian's Petition: Respondents' answer is due by August 7, 2026, and Rivera-Cobian's reply, if any, is due no later than August 10, 2026, if she is represented, or August 21, 2026, if she is not represented.[5] Furthermore, General Order No. 26-05 requires the Government to provide Rivera-Cobian at least "two court days' notice" if it intends to remove her from the Central District of California.[6]

In view of the expedited briefing schedule for the underlying Petition and the notice requirement before Rivera-Cobian may be removed from this district, the Court is not convinced that emergency relief is necessary. Any delay that may result from awarding Rivera-Cobian relief based upon the Petition alone would be minimal. Thus, the Court concludes that Rivera-Cobian is not entitled to preliminary relief at this time. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008) (the petitioner "must establish . . . that he is likely to suffer irreparable harm in the absence of preliminary relief"). Accordingly, Rivera-Cobian's Motion is **DENIED**.

For those reasons, the Court hereby **ORDERS** as follows:

1. Rivera-Cobian's instant Motion [ECF No. 3] is **DENIED**.

2. Pursuant to General Order Nos. 05-07 and 26-05, proceedings on the merits of Rivera-Cobian's underlying Petition will **CONTINUE** before the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

---

5 *Id.* at 2:2-8.

6 *Id.* at 6:23–26.