**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

DELIA RIVERA-COBIAN,

Petitioner,

v.

MARKWAYNE MULLIN,

Respondents.

Case No. 5:26-cv-04333-JWH-MAR

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of the United States Magistrate Judge, and the objections filed. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The findings and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. The Petition is **GRANTED**.

3. Respondents are **DIRECTED** forthwith:

   a. to release Petitioner Delia Rivera-Cobian (A-Number 221-462-838) from custody subject only to the conditions of her preexisting Order of Release on Recognizance;

   b. to return all of Rivera-Cobian's belongings, including her identification documents, work authorization documents, and any other documents or belongings seized during her re-detention; and

   c. to refrain from re-detaining Rivera-Cobian without providing her with

      i. notice of the reasons for revocation of her release; and

      ii. a pre-deprivation hearing before a neutral immigration judge to determine whether detention is warranted.

      At such a hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that Rivera-Cobian poses a danger to the community or a risk of flight.

4. Respondents are also **DIRECTED** to file no later than August 21, 2026, a Notice of Compliance with this Order .

**IT IS SO ORDERED.**

Dated: August 18, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE