JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

DELIA RIVERA-COBIAN,
Petitioner,
v.
MARKWAYNE MULLIN,
Respondents.

Case No. 5:26-cv-04333-JWH-MAR

**JUDGMENT**

Pursuant to the "Order Accepting Findings and Recommendation of United States Magistrate Judge" entered on or about August 18, 2026, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **GRANTED**.

**IT IS SO ORDERED.**

Dated: August 19, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE